Pearson, C. J.
 

 The record of births in the family Bible, was admissible for the purpose of corroborating the testimony of the mother, and the necessary explanation was made by his Honor.
 

 There is no rule of law, that the relation of mother to the
 
 *220
 
 party naturally gives a bias to her statements, so as to affect the accuracy of her recollection.”
 

 We concur with his Honor, that it was unnecessary to allude to this subj ect in the charge. The defendant having had all the benefit of it, to which he was entitled by the remarks of his counsel, and it was a consideration peculiarly fit for the jury, who are supposed to be j udges of human nature, and capable of making due allowance in conséquence of the relation of witnesses to the parties, in the same way they do for the behaviour of witnesses on the stand, without having their attention particularly called to it by the Judge. There being no rule of law in regard to it, the matter must bo left to the discretion of the Judge; it is for him to decide, even although requested by the counsel, whether, under the circumstances, the due administration of the law required any special reference to such matters. There is no error.
 

 Per Curiam,
 

 Judgment affirmed.